IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01594-RPM

WILLIAM AND KIMBERLY VEZZOSO,

        Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY;
GARFIELD COUNTY BOARD OF ADJUSTMENT; and
FRED JARMAN, in his individual and official capacity,

        Defendants.

_____

### ORDER DENYING MOTION FOR GUIDANCE
_____

Earlier today, David R. Fine, counsel for the plaintiffs, filed a pleading designated Motion for Guidance Regarding Hearing on Motion to Stay. Because it is not the function of this Court to advise counsel as to how to provide effective representation to his clients, it is

ORDERED that the motion is denied.

DATED: August 2nd, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge