IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01594-RPM

WILLIAM AND KIMBERLY VEZZOSO,

        Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY;
GARFIELD COUNTY BOARD OF ADJUSTMENT; and
FRED JARMAN, in his individual and official capacity,

        Defendants.

_____

ORDER RESCHEDULING HEARING
_____

Pursuant to the Joint Motion to Vacate Hearing on Motion for Stay (Doc. #16), filed on August 2, 2007, it is

ORDERED that the hearing set for August 8, 2007 is vacated and it is

FURTHER ORDERED that Plaintiff's motion to stay and the motion for preliminary injunction filed by Defendants Board of County Commissioners of Garfield County and Fred Jarman are set for hearing on **September 6, 2007, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: August 3rd, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge