IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01594-RPM

WILLIAM AND KIMBERLY VEZZOSO,

                 Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY;
GARFIELD COUNTY BOARD OF ADJUSTMENT; and
FRED JARMAN, in his individual and official capacity,

                 Defendants.

_____

ORDER DENYING MOTION FOR LEAVE TO TAKE DEPOSITIONS
_____

       Upon review of the Plaintiffs' Motion for Leave to Take Depositions, filed August 17, 2007 [23], and the papers filed in support and opposition to it, it is

       ORDERED that the motion is denied.

       DATED: August 23RD , 2007

                        BY THE COURT:

                        s/ Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior Judge