IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01594-RPM

WILLIAM AND KIMBERLY VEZZOSO,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY;
GARFIELD COUNTY BOARD OF ADJUSTMENT; and
FRED JARMAN, in his individual and official capacity,

    Defendants.

_____

ORDER DENYING MOTION FOR LEAVE TO TAKE THE TESTIMONY OF THE
HONORABLE FREDERICK GANNETT BY TELEPHONE
_____

Upon review of the Plaintiffs' Motion for Leave to Take the Testimony of the Honorable Frederick Gannett by Telephone [29], filed August 29, 2007, it is

ORDERED that the motion is denied.

DATED: August 30th, 2007

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge