IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01594-RPM

WILLIAM AND KIMBERLY VEZZOSO,

        Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY;
GARFIELD COUNTY BOARD OF ADJUSTMENT; and
FRED JARMAN, in his individual and official capacity,

        Defendants.

_____

ORDER APPROVING STIPULATION AND FOR STAY OF RULE 106 PROCEEDING
_____

      Pursuant to the hearing held today and the Court having expressed its reservations concerning subject matter jurisdiction and the parties having submitted a stipulated motion for a preliminary injunctive order on September 5, 2007, and it having been agreed at this hearing that the terms and conditions of the stipulation would be followed without the necessity for the entry of a preliminary injunctive order and that these terms and conditions will prevail until final disposition of the Rule 106 review and it also having been agreed that the Rule 106 procedures will be stayed until resolution of the question of the viability of the second claim for relief under 42 U. S. C. § 1983 upon which this Court's jurisdiction is based, it is now

      ORDERED that the parties shall proceed in accordance with the stipulation, the Rule 106 proceedings are stayed and the defendants will challenge the second claim

for relief by motion for summary judgment which may be based on the administrative

record before the Court.

DATED: September 6th, 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge