IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01594-RPM

WILLIAM AND KIMBERLY VEZZOSO,

        Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY;
GARFIELD COUNTY BOARD OF ADJUSTMENT; and
FRED JARMAN, in his individual and official capacity,

        Defendants.

_____

ORDER DISMISSING § 1983 CLAIM AND REMANDING ACTION
_____

Pursuant to the Stipulated Motion to Dismiss [43] filed on October 19, 2007, it is

ORDERED that plaintiffs' claim under 42 U.S.C. § 1983 is dismissed with prejudice, each party to pay their own costs and fees and it is

FURTHER ORDERED that the remaining claims pending in this action are remanded to the District Court, Garfield County, Colorado.

DATED: October 22nd, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge